1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDA G. MARTIN and JOSEPH R. GIORDANO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Defendant. | Case No. 3:16-cv-00484<br><br>Assigned to: Hon. Richard G. Seeborg<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S MOTION TO DISMISS** |

FOR GOOD CAUSE APPEARING, and based on the Stipulation of the parties, the Court orders as follows:

1. The deadline for MetLife to answer, move or otherwise respond to the Complaint is February 24, 2016;

2. The deadline for Plaintiffs to file a response to MetLife's Motion to Dismiss is March 14, 2016;

3. The deadline for MetLife to file a reply in support of its Motion to Dismiss is March 24, 2016; and

4. The hearing on MetLife's Motion to Dismiss is April 7, 2016 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated:  2/29/16

_____
United States District Judge
Richard G. Seeborg

1